**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Norman McCrary,
    Petitioner

v.                            Case No.   1:91-cr-132-3
                                          (1:12-cv-18)

United States of America,
    Respondent

---

**ORDER**

---

This matter is before the Court on Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255 (Doc. 285).

It is **ORDERED** that the Clerk serve a copy of this Order upon the United States Attorney, such service to constitute notice to answer or otherwise plead to the complaint pursuant to Rule 4(b) and 5 of the rules governing Section 2255, no later than February 10, 2012.

Date: January 9, 2012                          s/Sandra S. Beckwith
                                                         Sandra S. Beckwith, Senior Judge
                                                         United States District Court